**SO ORDERED.**

**SIGNED this 16th day of July, 2018.**



_____
UNITED STATES BANKRUPTCY JUDGE

C-13-16(FTP)
(Rev. 5/04)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | No: 16-50801  C-13W |
| BRENDA RAYE MOSER, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

This Chapter 13 case came before the Court on July 11, 2018 on the Trustee's motion for dismissal of the case because of default in plan payments. For good cause shown, the Court is of the opinion that the case should remain in effect, but with a provision for automatic dismissal for the payments due from July 2018 through May 2019; therefore, it is

**ORDERED** that the Trustee's Motion for dismissal of the Chapter 13 case is denied without prejudice; however, it is further

**ORDERED** that a provision for automatic dismissal of the case will be in effect. The Trustee may notify this Court if any plan payment is not made by 5:00 p.m. on the last business day of the month in which it is due from July 2018 through May 2019. If notified that default has occurred, this Court will enter an order automatically dismissing the case without further notice or hearing.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-50801  C-13W

BRENDA RAYE MOSER
2207 N OAK RIDGE CHURCH ROAD
BOONVILLE, NC 27011

JOHN A MEADOWS
SUITE C
2596 REYNOLDA RD
WINSTON-SALEM, NC 27106

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115